IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-627-RJ

CHRISTIE MOORE,                              )
                                             )
                    Plaintiff,               )
v.                                           )
                                             )          ORDER
KILOLO KIJAKAZI,                             )
Acting Commissioner of Social Security,      )
                                             )
                    Defendant.               )

This matter comes before this court on Plaintiff's Motion for Attorney Fees Under the
Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). [DE-33]. Plaintiff seeks $7,280.00
in attorney's fees for 37.7 hours of work by her counsel in this matter. Defendant stipulates and
does not object to the requested award. [DE-32]. This court finds the award of attorney's fees
"reasonable," both with respect to the hourly rate charged and the number of hours claimed. *See*
*Hyatt v. Barnhart*, 315 F.3d 239, 248 (4th Cir. 2002) (quoting 28 U.S.C. § 2412(d)(2)(A)(ii)).

It is therefore ORDERED that the Acting Commissioner of Social Security pay to Plaintiff
the sum of $7,280.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA,
28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program,
payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to
her office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her
attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to
offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's
office address.

SO ORDERED, this **7** day of April, 2022.

Robert B. Jones, Jr.
United States Magistrate Judge